UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARANDA CARSON,

    Plaintiff,

v.

LEANDRA FEGLEY,

    Defendant.
    _____/

Case No. 1:22-cv-650

Hon. Ray Kent

**JUDGMENT**

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of defendants and against plaintiff Taranda Carson.

Dated:  September 23, 2024

/s/ Ray Kent
RAY KENT
United States Magistrate Judge